UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

S.N.H.,

      Petitioner,

    v.                   CAUSE NO. 3:25-CV-993 DRL-SJF

BRIAN ENGLISH, TODD M. LYONS,
KRISTI NOEM, PAMELA BONDI, and
SAMUEL OLSON,

      Respondents.

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted in part, ordering respondents to immediately allow for S.N.H. to post bond, in accordance with the immigration judge's September 2, 2025 order. ECF 16. The petitioner has since posted bond and been released. ECF 17. The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

January 12, 2026            *s/ Damon R. Leichty*
                   Judge, United States District Court